No. 974. BALTIMORE & OHIO RAILROAD COMPANY *v.* ANNA W. GILL, ADMINISTRATRIX, ETC. June 9, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. Ralph J. Kramer, Mr. Edward C. Kramer, Mr. Bruce A. Campbell, Mr. Walter R. Mayne, Mr. Morison R. Waite* and *Mr. William A. Eggers* for petitioner. *Mr. Sidney Thorne Able* and *Mr. Charles P. Noell* for respondent.

No. 1009. S. H. POMEROY COMPANY ET AL. *v.* FRANK F. SMITH HARDWARE COMPANY. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William B. Greeley* and *Mr. William A. Redding* for petitioners. *Mr. Stephen J. Cox* for respondent.

No. 1010. EMILE VITAL ET AL., COPARTNERS, ETC., *v.* HENRY F. KERR, TRADING AS KERR STEAMSHIP LINE; and

No. 1011. ISAAC J. BIGIO *v.* HENRY F. KERR, TRADING AS KERR STEAMSHIP LINE. June 9, 1924. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. T. Catesby Jones* and *Mr. James W. Ryan* for petitioners. *Mr. Elkan Turk* for respondent.

No. 1021. MERRIAM & MILLARD COMPANY *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward P. Smith* and *Mr. Francis S. Howell* for petitioner. *Mr. Bruce Scott, Mr. Byron Clark* and *Mr. Kenneth F. Burgess* for respondent.